UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROB SANDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC., a foreign corporation doing business in Washington State<br><br>Defendant. | Case No. 2:24-cv-00821<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR STAY** |

THIS MATTER came before this Court upon AT&T's Unopposed Motion for Stay Pending Transfer to Multidistrict Litigation. Having reviewed the Motion, being fully advised on the matter, and for good cause shown, it is HEREBY ORDERED that the Motion is **GRANTED**. It is FURTHER ORDERED that the matter is stayed pending transfer to the MDL pending before Judge Ada Brown. Should the JPML issue an order refusing to transfer this case to the MDL, AT&T's response to Plaintiff's complaint will be due 21 days from any order denying the request to transfer.

ORDER GRANTING AT&T'S UNOPPOSED
MOTION FOR STAY,
CASE NO. 2:24-CV-00821- 1

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

**IT IS SO ORDERED.**

DATED this 14th day of June 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Alexander Vitruk*
Alexander Vitruk, WSBA No. 57337
**Baker & Hostetler LLP**
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel: 206.332.1380
Fax: 206.624.7317
Email:          avitruk@bakerlaw.com

*Attorney for Defendant*

ORDER GRANTING AT&T'S UNOPPOSED
MOTION FOR STAY,
CASE NO. 2:24-CV-00821- 2

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380